**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAR 19 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NATACHE D. RINEGARD-GUIRMA, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> PHH MORTGAGE CORPORATION; U.S. BANK NATIONAL ASSOCIATION, as Trustee Under the Pooling and Servicing Agreement Dated as of August 1, 2006, GSAMP Trust 2006-HE5, <br><br> Defendants - Appellees. | No. 24-4838 <br><br> D.C. Nos.   3:23-cv-01343-AN <br>            3:23-cv-01344-AN <br><br> MEMORANDUM[*] |

Appeal from the United States District Court
for the District of Oregon
Adrienne C. Nelson, District Judge, Presiding

Submitted March 16, 2026[**]

Before:     SILVERMAN, NGUYEN, and HURWITZ, Circuit Judges.

Natache D. Rinegard-Guirma appeals pro se from the district court's

judgment affirming the bankruptcy court's order denying her motion for an order

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

to show cause. We have jurisdiction under 28 U.S.C. § 158(d)(1). We review de novo the district court's decision on appeal from the bankruptcy court without deference to the district court. *In re Thorpe Insulation Co.*, 677 F.3d 869, 879 (9th Cir. 2012). We affirm.

The bankruptcy court properly denied Rinegard-Guirma's motion for an order to show cause because appellees did not violate 11 U.S.C. § 524(a) by pursuing a foreclosure action against the disputed property. *See In re Blendheim*, 803 F.3d 477, 493 (9th Cir. 2015) (explaining that under 11 U.S.C. § 524(a), "a discharge is neither effective nor necessary to void a lien or otherwise impair a creditor's state-law right of foreclosure"); *see also In re Taggart*, 980 F.3d 1340, 1347 (9th Cir. 2020) (stating that this court reviews for an abuse of discretion a bankruptcy court's civil contempt rulings).

All pending motions and requests are denied.

**AFFIRMED.**